

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00635-CV

**IN THE INTEREST OF L.S-F.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00054
Honorable Angelica Jimenez, Judge Presiding

**ORDER**

Sitting:        Adrian A. Spears II, Justice
                  H. Todd McCray, Justice
                  Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 12, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court